IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SARAH VESTAL**                                                     **PLAINTIFF**

**v.**                  **Case No. 4:25-cv-00194-KGB**

**SCOTT BESSENT, in his Official Capacity**
**As Secretary of the United States Treasury,** *et al.*        **DEFENDANTS**

## ORDER

      Before the Court is plaintiff Sarah Vestal's notice of voluntary dismissal against defendant Scott Bessent pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 13). The notice of voluntary dismissal against Mr. Bessent accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i). For good cause shown, the Court adopts the notice of voluntary dismissal as to Mr. Bessent (*Id.*). Ms. Vestal's claims remain pending against defendant Charles Ezell, in his official capacity as Acting Director of the United States Office of Personnel Management.

      It is so ordered this 29th day of October, 2025.

                                                       _____
                                                       Kristine G. Baker
                                                       Chief United States District Judge